IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 22-cr-30122-SMY |
| | ) | |
| MICHELLE N. MILLER, | ) | Title 18 |
| | ) | United States Code, |
| Defendant. | ) | Section 1344(2) |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### Bank Fraud – 18 U.S.C. § 1344(2)

1. At times material to this indictment:

   a. Defendant MICHELLE N. MILLER ("MILLER") was a resident of Freeburg, Illinois.

   b. MILLER worked as a Business Manager for St. Teresa Catholic Church and School ("St. Teresa's") and St. Luke's Catholic Church ("St. Luke's").

   c. St. Teresa's and St. Luke's were located in Belleville, Illinois.

   d. As Business Manager, MILLER had access to St. Teresa's and St. Luke's payroll systems.

   e. MILLER was an authorized signatory on St. Teresa's bank account at the Bank of Belleville, and St. Luke's bank account at the Bank of Belleville.

   f. Bank of Belleville was a financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation ("FDIC").

2. From on or about September 25, 2017, to on or about February 14, 2020, in St. Clair County, within the Southern District of Illinois, defendant,

1

MICHELLE N. MILLER,

knowingly devised and engaged in a scheme to defraud, and to obtain money and property in the custody and control of the Bank of Belleville, by means of materially false and fraudulent pretenses, representations, and promises.

3. It was the object of the scheme that MILLER obtained more than $150,000 in funds belonging to St. Teresa's and St. Luke's, and held in accounts at Bank of Belleville, that she was not entitled to receive.

4. MILLER wrote numerous checks, payable to herself, and drawn on St. Teresa's account at Bank of Belleville, that she was not entitled to receive. Although she was a signatory on St. Teresa's account, at times MILLER forged the signature of an individual with the initials D.D., the priest of St. Teresa's and St. Luke's, on these checks in order to conceal her fraud. MILLER cashed or deposited these checks in her own accounts.

5. MILLER also wrote numerous checks, payable to herself, drawn on St. Luke's account at Bank of Belleville, that she was not entitled to receive. To conceal her fraud, MILLER made misleading entries in the parish's QuickBooks program. MILLER recorded that these checks were made payable to St. Teresa's to pay for business office expenses, when in fact they were made payable to MILLER herself. In addition, at times MILLER forged the signature of D.D., the priest of St. Teresa's and St. Luke's, on the checks in order to conceal her fraud. MILLER cashed or deposited these checks in her own accounts.

6. MILLER wrote checks to petty cash, drawn on St. Teresa's account at Bank of Belleville and St. Luke's account at Bank of Belleville, then took the cash for herself, but was not entitled to it.

7. At times, MILLER entered false and misleading payroll information for her own paychecks, resulting in paychecks in excess of the amount she was entitled to receive. These

payroll adjustments resulted in MILLER receiving excess salary withdrawn from St. Teresa's account at Bank of Belleville.

8. MILLER used the funds she obtained—from the checks she wrote to herself, from the petty cash she received, and from the excess salary resulting from the payroll adjustments—for her own personal benefit and to pay her own personal expenses.

9. On or about February 10, 2020, in St. Clair County, within the Southern District of Illinois, defendant,

MICHELLE N. MILLER,

knowingly executed this scheme to defraud by drawing $1,475.86 out of St. Luke's account at Bank of Belleville, by means of a check made payable to herself.

All in violation of Title 18, United States Code, Section 1344(2).

PETER T. REED
Assistant United States Attorney

RACHELLE AUD CROWE
United States Attorney

Recommended Bond: $5,000 unsecured.